In the Matter of ALFRED F. ORSINI, an attorney at law.

March 11, 1963. Suspension lifted and respondent restored to the practice of law.

In the Matter of FRANK A. DOLAN, an attorney at law.

March 11, 1963. Suspension lifted and respondent restored to the practice of law.